## Commonwealth *v.* Lewis, Appellant.

Submitted September 14, 1970.

834

*David Rudovsky* and *John W. Packel*, Assistant Defenders, and *Vincent J. Ziccardi*, Acting Defender, for appellant; *James D. Crawford*, Deputy District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order reversed; judgment of sentence on Indictment No. 1857, March Term, 1965, of three to ten years is vacated and the record remanded to the court below for resentence, with counsel, on this Indictment.

· WRIGHT, P. J., dissents.